UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY D. BLACKWELL,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>PATRICK GLEBE,<br><br>　　　　　　　　Respondents | NO. C11-5207 BHS/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. ECF No. 10. Respondent's Answer is currently due on May 16, 2011. Respondent requests a thirty day extension of time to file the Answer to allow counsel sufficient time to review and prepare the relevant state court record. *Id.* Counsel has been ill and out of the office 16 days in the past month. *Id.* Although the motion for extension is noted for April 15, 2011, the court finds that the request is reasonable.

Accordingly, it is **ORDERED:**

1.　Respondent's motion for an extension of time (ECF No. 10) is **GRANTED.** Respondent shall file his Answer **on or before June 15, 2011.** The Answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday

ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

1  appointed for consideration of the matter, and Respondent may file and serve a reply brief not
2  later than the Friday designated for consideration of the matter.
3       2.     The Clerk shall send copies of this Order to Petitioner and counsel for
4  Respondent.
5
6       **DATED** this  23rd  day of May, 2011.
7
8                                                Karen L. Strombom
9                                                United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26