# United States District Court

WESTERN DISTRICT OF WASHINGTON

LARRY D. BLACKWELL

v.

PATRICK GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5207BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R (Dkt. 17) is **ADOPTED**;

The petition (Dkt. 1) is **DENIED**;

A Certificate of Appealability is **DENIED**; and

This action is **DISMISSED**.

| October 19, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |